# United States Court of Appeals
## for the Fifth Circuit

_____

No. 23-90032
_____

United States of America,

*Plaintiff—Respondent,*

versus

Mary Francis Chupick Bennett,

*Defendant—Petitioner.*

_____

Motion for Leave to Appeal
from an Interlocutory Order
USDC No. 7:20-CV-166

_____

A True Copy
Certified order issued Nov 29, 2023

*Tyler W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

UNPUBLISHED ORDER

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the motion for leave to appeal from the interlocutory order of the United States District Court of the Southern District of Texas, entered on September 26, 2023, is GRANTED.