# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 29, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-90032   USA v. Bennett
                     USDC No. 7:20-CV-166

Enclosed is an order entered in this case.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             */s/ Dantrell Johnson*
                          By: _____
                          Dantrell L. Johnson, Deputy Clerk
                          504-310-7689

Ms. Alyssa Marie Iglesias
Mr. Nathan Ochsner
Mr. Richard Barrett Phillips, Jr.
Mr. Baltazar Salazar
Mr. John Luther Smeltzer